# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

In re:

| | |
|---|---|
| James J. Nethers<br>Wendy L. Nethers | Case No. 05-67990<br>Chapter 7 |
| Debtor(s) | Judge Hoffman<br>SSN: xxx-xx-2649 |

## NOTICE TO THE CLERK OF THE COURT
## SMALL UNCLAIMED FUNDS AND DIVIDENDS

The attached check in the amount of $16.03 represents the total sum of unclaimed funds and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| CREDITOR NAME AND ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Pediatric Academic Association<br>Dept. L289<br>Columbus, Ohio 43260 | 37 | $16.03 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $16.03 | |

Date: January 15, 2010

/s/ *William Todd Drown*
William Todd Drown, Case Trustee

cc: U.S. Trustee